UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN QUEVEDO, ) | 1:06-CV-01621-LJO-DLB-HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING EXTENSION OF |
| v. ) | TIME TO FILE RESPONSE |
| ) | |
| M. C. KRAMER, Warden, ) | (Doc. 8) |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 9, 2007, respondent filed a motion for an extension of time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a response to the petition for writ of habeas corpus, pursuant to the court's order of December 15, 2006.

IT IS SO ORDERED.

Dated:   **April 17, 2007**        **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE