# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN QUEVEDO, | CV F   06-1621 AWI DLB HC |
| Petitioner, | ORDER APPOINTMENT OFFICE OF FEDERAL DEFENDER AND ORDERING |
| v. | SUPPLEMENTAL BRIEFING |
| M.C. KRAMER, Warden, | |
| Respondent. | |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　This case is currently ready for review on the merits, as Respondent filed an answer to the petition on May 14, 2007, and Petitioner did not file a traverse.  (Court Doc. 12.)

　　　In Ground Five of the petition, Petitioner contends that trial counsel was ineffective for failing to file a suppression motion under California Penal Code section 1538.5.  After a review of the record in this case, the Court finds that the interest of justice would be served by the appointment of counsel for Petitioner and additional briefing will be ordered.  A Magistrate Judge may appoint counsel at any stage of a habeas corpus proceeding if the interests of justice so require. Title 18 U.S.C. § 3006A; Rule 8(c) of the Rules Governing Section 2254 Cases. Accordingly, the Court will appoint the Office of the Federal Defender to represent Petitioner.

　　　IT IS HEREBY ORDERED that:

　　　1.　　　The Federal Defender is appointed to represent Petitioner;

2.      The Clerk of Court is directed to serve a copy of Petitioner's habeas corpus application and a copy of this Order on David M. Porter, Assistant Federal Defender, Sacramento Office;

3)      Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file;

4)      Within **forty-five (45)** day from the date of service of this order, Petitioner, through counsel, shall file a supplemental brief addressing the above mentioned claim;

5.      Within **thirty (30)** days from the date Petitioner files his supplemental brief, Respondent may file a response.

IT IS SO ORDERED.

**Dated:**   **February 22, 2008**                      /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE