Patience Milrod
state bar # 77466
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for RUBEN QUEVEDO

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN QUEVEDO,<br><br>    Petitioner,<br><br>vs.<br><br>M.C. KRAMMER,<br><br>    Respondent. | Case No. 1:06-cv-01621-LJO-DLB (HC)<br><br>**ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Janis McLean, Deputy Attorney General, attorney for Respondent, and Patience Milrod, attorney for Petitioner, that time for Petitioner to file his supplemental briefing, ordered by this Court on February 22, 2008 and presently due on April 9, 2008, be extended through and until April 25, 2008.

The parties further stipulate and agree that good cause exists to extend time for Petitioner's submittal of supplemental briefing due to the fact that Petitioner's counsel

*Stipulation and Proposed Order*   1

was appointed to represent Petitioner on or about February 29, but did not secure documents pertinent to the issues until late March.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  April 17, 2008 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for Petitioner<br>RUBEN QUEVEDO |
| Dated: April 17, 2008 | OFFICE OF THE CALIFORNIA ATTORNEY GENERAL<br>Attorney for Respondent<br><br>/s/ Janis McLean<br>by JANIS SHANK McLEAN<br>   Deputy Attorney General |

# ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that time for filing Petitioner's supplemental briefing, presently due April 9, 2008, is extended through and until April 25, 2008.

IT IS SO ORDERED.

Dated:    April 16, 2008

/s/ Dennis L. Beck
HON. DENNIS L. BECK
Magistrate Judge of the Eastern District

*Stipulation and Proposed Order*          2