Patience Milrod
state bar # 77466
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for RUBEN QUEVEDO

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN QUEVEDO, )<br>)<br>    Petitioner, )<br>)<br>  vs. )<br>)<br>M.C. KRAMMER, )<br>)<br>    Respondent. ) | Case No. 1:06-cv-01621-LJO-DLB (HC)<br><br>**STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Janis McLean, Deputy Attorney General, attorney for Respondent, and Patience Milrod, attorney for Petitioner, that time for Petitioner to file his supplemental briefing, ordered by this Court on February 22, 2008 and presently due on April 25, 2008, be extended through and until April 29, 2008.

The parties further stipulate and agree that good cause exists to extend time for Petitioner's submittal of supplemental briefing due to the fact that Petitioner's record is

*Stipulation and Proposed Order*              1

voluminous and Petitioner's counsel requires additional time reviewing it.

IT IS SO STIPULATED.

    Dated:  April 25, 2008        /s/ Patience Milrod
                                      PATIENCE MILROD
                                      Attorney for Petitioner
                                      RUBEN QUEVEDO

    Dated: April 25, 2008        OFFICE OF THE CALIFORNIA ATTORNEY
                                      GENERAL
                                      Attorney for Respondent

                                      /s/ Janis McLean
                                      by JANIS SHANK McLEAN
                                        Deputy Attorney General

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that time for filing Petitioner's supplemental briefing, presently due April 25, 2008, is extended through and until April 29, 2008.

IT IS SO ORDERED.

DATE:  April 25, 2008

                                      /s/  Dennis L. Beck
                                      DENNIS L. BECK
                                      U.S.  Magistrate Judge