IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN QUEVEDO,**<br><br>                              Petitioner,<br><br>    v.<br><br>**M.C. KRAMER,**<br><br>                              Respondent. | 1:06-cv-01621-LJO-DLB-(HC)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>**THIRTY DAY DEADLINE** |

GOOD CAUSE APPEARING,

IT SO ORDERED that Respondent's motion for a 30-day enlargement of time is granted. The answer to the petition for writ of habeas corpus shall be filed within thirty days from the date of this order.

IT IS SO ORDERED.

    Dated:   **May 29, 2008**             **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1